**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA CHRISTIAN JARRETT, | ) NO. EDCV 09-02093 JHN (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| SAN BERNARDINO COUNTY JAIL, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  March 23, 2010

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE