1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CYNTHIA CHRISTIAN JARRETT,     ) NO. EDCV 09-02093 JHN (SS)
                                    )
12                  Petitioner,     )
                                    )
13          v.                      )          **JUDGMENT**
                                    )
14   SAN BERNARDINO COUNTY JAIL,    )
                                    )
15                  Respondent.     )
     _____ )

16

17

18        Pursuant to the Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   without prejudice.

23

24        DATED:  March 23, 2010

25                                    _____

26                                    JACQUELINE H. NGUYEN
                                      UNITED STATES DISTRICT JUDGE

27

28